IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MUNEER ALI KSAIM SHAQRAN,** **MALEK MUNEER ALI SHAQRAN,** **NUSAIBAH MUNEER ALI SHAQRAN,** **SHAYMAA MUNEER ALI SHAQRAN,** **MOHAMED ABDO MOZAYID, and** **DHANINAH NAJI SAIF SENAN,** Plaintiffs, v. **ANTONY BLINKEN, UNITED STATES DEPARTMENT OF STATE, UNITED STATES EMBASSY CAIRO, and UNITED STATES OF AMERICA,** Defendants. | CIVIL ACTION NO. 23-1406 |

## ORDER

**AND NOW**, this 27th day of June, 2024, upon consideration of Defendants' Motion to Sever Plaintiffs and Dismiss the Amended Complaint (ECF No. 22), Plaintiffs' opposition thereto (ECF No. 29), and Defendants' reply (ECF No. 34), it is **HEREBY ORDERED** that the Motion is **GRANTED** as follows:

1. Count 2 of the Amended Complaint is **SEVERED**, pursuant to Fed. R. Civ. P. 21, and **DISMISSED** for improper venue, pursuant to Fed. R. Civ. P. 12(b)(3).

2. Counts 1, 2, 4, 5, and 6 of the Amended Complaint are **DISMISSED** for lack of subject matter jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(1).

The Clerk of Court is instructed to **TERMINATE** this matter and mark it **CLOSED**.

BY THE COURT:

/s/Wendy Beetlestone, J.
_____
**WENDY BEETLESTONE, J.**